JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPAR AVENDANO, JR., <br> Petitioner, <br> v. <br> U.S. DISTRICT COURT, <br> Respondent. | Case No. 2:19-cv-06551-JVS-KES <br><br> ORDER CLOSING CASE <br> IN LIGHT OF CONSOLIDATION |

On July 17, 2019, Gaspar Avendano ("Petitioner") constructively filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 in case no. 2:19-cv-06551. The petition challenged his conviction and sentence for first degree burglary on two grounds.

On July 22, 2019, Petitioner constructively filed a second petition under § 2254 in case no. 2:19-cv-06489. This petition challenged the same conviction but added a third ground for relief.

On August 2, 2019, the Magistrate Judge consolidated the two actions, interpreting the July 17 filing as an initial Petition and the July 22 filing as a First Amended Petition. The Magistrate Judge also instructed that all future filings

should be filed in the lead case, no. 2:19-cv-06489.

Petitioner has now filed a Second Amended Petition in that case, and the parties have consented to the jurisdiction of the Magistrate Judge.

IT IS HEREBY ORDERED that, in light of the above procedural developments, the Clerk is directed to **close** case no. 2:19-cv-06551. All future proceedings in this matter will take place in case no. 2:19-cv-06489.

DATED: October 31, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN E. SCOTT
United States Magistrate Judge